IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01314-BNB

DOSSIE L. HOWARD III,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 4 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Dossie L. Howard, is an inmate at the Denver County Jail in Denver, Colorado. He initiated this action by filing a letter with the Court on June 8, 2010.

In an order filed on June 8, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Howard to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Howard was directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. He was informed that the § 1915 motion and affidavit were necessary only if the $350.00 filing fee was not paid in advance. The June 8 Order warned Mr. Howard that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Howard filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the June 8 Order, but he has failed to submit a certified copy of his prisoner's trust fund statement. Therefore, Mr. Howard has failed to cure the designated deficiencies within the time allowed. Accordingly, it is

ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Dossie L. Howard III, to comply with the order to cure dated June 8, 2010.

DATED at Denver, Colorado, this 4th day of August, 2010.

BY THE COURT:

*(signature)*

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01314-BNB

Dossie L. Howard III
Prisoner No. 241564
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/4/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk